1  Amy B. Vandeveld, Esq.
2  1850 5th Avenue
3  SAN DIEGO, CA. 92101
4  619-231-8883
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA
8
9  KAREL SPIKES,                    ) Case No. 07CV2394 LAB WMC
                                    )
10          PLAINTIFF,               ) PROOF OF SERVICE
                                    )
11      vs.                         )
                                    )
12 EUROPEAN CAR SERVICE, et al.,    )
                                    )
13          DEFENDANT,               )
                                    )
14
15 _____

16      I, GREG COLE, declare as follows:
17      I am over the age of eighteen years and not a party to this
18 action. I am employed in the County of San Diego, California,
19 where the service occurred and my business address is 2250
20 Fourth Avenue, San Diego, CA 92101.
21      I served the following documents:
22      SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER
23 SHEET
24 //
25 //

                         PROOF OF SERVICE - 1

AMY B. VANDEVELD, ESQ.SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883                   Ref. No.        : 0297901-02
Attorney for : PLAINTIFF       Atty. File No.  : 07CV2394LABWMC

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF  | : KAREL SPIKES | Case No.: 07 CV 2394 LAB WMC |
| DEFENDANT  | : EUROPEAN CAR SERVICE, et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    :   ANDREW MACIEJEWSKI
   b. Person served   :   Party in item 3a

4. Address where the party was served  8855 LA MESA BOULEVARD
                                        LA MESA, CA  91941    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on January 15, 2008  (2) at: 10:00 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. GREG COLE
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $28.75
   e. I am:
      (3) a registered California process server
          (i)   an independent contractor
          (ii)  Registration No.: 387
          (iii) County: SAN DIEGO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 16, 2008              Signature: _____
                                               GREG COLE

Jud. Coun. form, rule 982.9                **PROOF OF SERVICE**
JC Form POS 010 (Rev. January 1, 2007)