```
 1  Amy B. Vandeveld, Esq.
 2  1850 5th Avenue
 3  SAN DIEGO, CA. 92101
 4  619-231-8883
 5
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES, | ) Case No. 07CV2394 LAB WMC |
| ) | |
| PLAINTIFF, | ) PROOF OF SERVICE |
| ) | |
| vs. | ) |
| ) | |
| EUROPEAN CAR SERVICE, et al., | ) |
| ) | |
| DEFENDANT, | ) |
| | ) |

I, GREG COLE, declare as follows:

I am over the age of eighteen years and not a party to this action. I am employed in the County of San Diego, California, where the service occurred and my business address is 2250 Fourth Avenue, San Diego, CA 92101.

I served the following documents:

SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER SHEET

//

//

PROOF OF SERVICE - 1

AMY B. VANDEVELD, ESQ. SBN 137904  
LAW OFFICES OF AMY B. VANDEVELD  
1850 5TH AVE.  
SAN DIEGO CA 92101  
619-231-8883              Ref. No.        : 0297901-03  
Attorney for : PLAINTIFF  Atty. File No. : 07CV2394LABWMC  

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA  
SOUTHERN JUDICIAL DISTRICT  

| | | |
|---|---|---|
| PLAINTIFF | : KAREL SPIKES | Case No.: 07 CV 2394 LAB WMC |
| DEFENDANT | : EUROPEAN CAR SERVICE, et al. | **PROOF OF SERVICE** |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served   : ZENNON SMOCZNSKI  
   b. Person served  : Party in item 3a

4. Address where the party was served  8855 LA MESA BOULEVARD  
   LA MESA, CA 91941  (Business)

5. I served the party  
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on January 15, 2008  (2) at: 10:00 AM

6. The "Notice to the person served" (on the summons) was completed as follows:  
   a. as an individual defendant.

7. **Person who served papers**  
   a. GREG COLE  
   b. KNOX ATTORNEY SERVICE, INC.  
      2250 Fourth Avenue  
      San Diego, California 92101  
   c. 619-233-9700  

   d. Fee for service: $28.75  
   e. I am:  
      (3) a registered California process server  
         (i) an independent contractor  
         (ii) Registration No.: 387  
         (iii) County: SAN DIEGO, CA  

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 16, 2008         Signature: _____ GREG COLE _____

Jud. Coun. form, rule 982.9  
JC Form POS 010 (Rev. January 1, 2007)         **PROOF OF SERVICE**