1  Thanasi Preovolos, State Bar Number182334
   PREOVOLOS & ASSOCIATES, ALC
2  401 B Street, Suite 1160
   San Diego, California 92101
3  Telephone: (619) 696-0520
   Fax: (619) 238-5344
4

5  Attorney for Defendants European Car Service and
   Zenon Smoczynski
6

7

8
                    UNITED STATES DISTRICT COURT
9
                  SOUTHERN DISTRICT OF CALIFORNIA
10

11

12  _____          Case No. 07CV2394LABWMC
    KAREL SPIKES.                        )
13                        Plaintiff,     )
    vs.                                  )
14                                       )          ANSWER TO CIVIL COMPLAINT
    EUROPEAN CAR SERVICE; ANDREW         )
15  MACIEJEWSKI; ZENON SMOCZYNSKI,       )
    and DOES 1 THROUGH 10, Inclusive.    )
16                                       )
                          Defendants.    )
17                                       )
                                         )
18                                       )
                                         )
19  _____

20        NOW COME Defendants EUROPEAN CAR SERVICE and ZENON SMOCZYNSKI

21  (hereby DEFENDANTS), by and through their attorneys of record Preovolos & Associates, ALC

22  file this Answer to the Civil Complaint of Plaintiff KAREL SPIKES as follows:

23        That Defendants deny all allegations in Plaintiff's Complaint unless specifically admitted

24  or explained otherwise:

25                        **JURISDICTION AND VENUE**

26  1     With respect to Paragraph 1, PLAINTIFF'S Complaint sets forth legal conclusions to

27

28                        **ANSWER TO CIVIL COMPLAINT**

1  which no response is required.

2  2       With respect to Paragraph 2, PLAINTIFF'S Complaint sets forth legal conclusions to

3  which no response is required.

4  3       With respect to Paragraph 3, PLAINTIFF'S Complaint sets forth legal conclusions to

5  which no response is required.  However, DEFENDANTS deny that PLAINTIFF was denied

6  equal access to DEFENDANTS facilities, goods, and/or services.  DEFENDANTS deny that they

7  have violated either federal or state law.  DEFENDANTS deny injuring PLAINTIFF.

8                              **THE PARTIES**

9  4       With respect to Paragraph 4,  DEFENDANTS admit that EUROPEAN CAR SERVICES

10  is located at 8855 La Mesa Boulevard, La Mesa, CA (hereinafter "the subject property") and the

11  lessee of the subject property.  DEFENDANTS deny all remaining allegations set forth in

12  paragraph 4 of PLAINTIFFS Complaint.

13  5       With respect to Paragraph 5 of PLAINTIFFS Complaint, DEFENDANTS deny the

14  allegations.

15  6       With respect to Paragraph 6 of PLAINTIFFS Complaint, DEFENDANTS admit the

16  allegations.

17  7       With respect to Paragraph 7 of PLAINTIFFS Complaint, DEFENDANTS deny the

18  allegations

19  8       With respect to Paragraph 8 lines 22-28 of PLAINTIFFS Complaint,  DEFENDANTS are

20  without knowledge or information sufficient to admit or deny the facts contained in the

21  paragraphs.  Therefore DEFENDANTS deny the allegations.  With respect to lines 1-6,

22  DEFENDANTS deny that PLAINTIFF availed herself to goods, services, facilities, privileges,

23  advantages, or accommodations operated and/or owned by DEFENDANTS and/or located on the

24  subject property.

25  9       With respect to Paragraph 9 of PLAINTIFFS Complaint, DEFENDANTS deny the

26  allegations.

27

28                        **ANSWER TO CIVIL COMPLAINT**

1    10      With respect to Paragraph 10 of PLAINTIFF'S Complaint, DEFENDANTS are without

2    knowledge or information sufficient to admit or deny the facts contained in the paragraphs.

3    Therefore, DEFENDANTS deny the allegations.

4    11      With respect to Paragraph 11 of PLAINTIFF'S Complaint, DEFENDANTS deny the

5    allegations.

6    12      With respect to Paragraph 12 of PLAINTIFF'S Complaint, DEFENDANTS deny the

7    allegations.

8    13      With respect to Paragraph 13 of PLAINTIFF'S Complaint, DEFENDANTS deny the

9    allegations.

10   14      With respect to Paragraph 14 of PLAINTIFF'S Complaint, DEFENDANTS deny the

11   allegations.

12   15      With respect to Paragraph 15 of PLAINTIFF'S Complaint, DEFENDANTS deny the

13   allegations.

14   16      With respect to Paragraph 16 of PLAINTIFF'S Complaint, DEFENDANTS deny the

15   allegations.

16                              **FIRST CLAIM FOR RELIEF**

17   17      With respect to Paragraph 17 of PLAINTIFF'S Complaint, DEFENDANTS deny the

18   allegations.

19   18      With respect to Paragraph 18 of PLAINTIFF'S Complaint, DEFENDANTS deny the

20   allegations.

21   19      With respect to Paragraph 19 of PLAINTIFF'S Complaint, DEFENDANTS admit that

22   PLAINTIFF is seeking injuctive relief.  DEFENDANTS deny that PLAINTIFF is entitled to it.

23                             **SECOND CLAIM FOR RELIEF**

24   20      With respect to Paragraph 20 of PLAINTIFF'S Complaint, DEFENDANTS deny the

25   allegations.

26   21      With respect to Paragraph 21 of PLAINTIFF'S Complaint, DEFENDANTS deny the

27

28                            **ANSWER TO CIVIL COMPLAINT**

- 3 -

1  allegations.

2  22    With respect to Paragraph 22 of PLAINTIFF'S Complaint, DEFENDANTS deny the

3  allegations.

4  23    With respect to Paragraph 23 of PLAINTIFF'S Complaint, DEFENDANTS deny the

5  allegations.

6  24    With respect to Paragraph 24 of PLAINTIFF'S Complaint, DEFENDANTS admit that

7  PLAINTIFF is seeking relief.  DEFENDANTS deny that PLAINTIFF is entitled to it

8                        **THIRD CLAIM FOR RELIEF**

9  25    With respect to Paragraph 25 of PLAINTIFF'S Complaint, DEFENDANTS deny the

10  allegations.

11  26    With respect to Paragraph 26 of PLAINTIFF'S Complaint, DEFENDANTS deny the

12  allegations.

13  27    With respect to Paragraph 27 of PLAINTIFF'S Complaint, DEFENDANTS deny the

14  allegations.

15  28    With respect to Paragraph 28 of PLAINTIFF'S Complaint, DEFENDANTS deny the

16  allegations.

17                        **FOURTH CLAIM FOR RELIEF**

18  29    With respect to Paragraph 29 of PLAINTIFF'S Complaint, DEFENDANTS deny the

19  allegations.

20  30    With respect to Paragraph 30 of PLAINTIFF'S Complaint, DEFENDANTS deny the

21  allegations.

22  31    With respect to Paragraph 31 of PLAINTIFF'S Complaint, DEFENDANTS deny the

23  allegations.

24                        **FIFTH CLAIM FOR RELIEF**

25  32    With respect to Paragraph 32 of PLAINTIFF'S Complaint, DEFENDANTS deny the

26  allegations.

27

28                        **ANSWER TO CIVIL COMPLAINT**

33      With respect to Paragraph 34 of PLAINTIFF'S Complaint, DEFENDANTS deny the allegations..

34      With respect to Paragraph 34 of PLAINTIFF'S Complaint, DEFENDANTS admit that PLAINTIFF is seeking injunctive relief.  DEFENDANTS deny that PLAINTIFF is entitled to it.

## JURY DEMAND

35      With respect to Paragraph 35 of PLAINTIFF'S Complaint and pursuant to Rule 38 of the Federal Rules of Civil Procedure, DEFENDANTS are amenable to a jury trial

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

PLAINTIFF'S Complaint, and each purported claim for relief therein, fails to state facts sufficient to constitute a claim for relief against the answering DEFENDANTS.

## SECOND AFFIRMATIVE DEFENSE

PLAINTIFFS did not exercise ordinary care, caution or prudence and the resultant alleged injuries and/or damages, if any, were legally contributed to and caused by PLAINTIFFS careless and negligence thus barring or diminishing PLAINTIFFS recovery against these answering DEFENDANTS.

## THIRD AFFIRMATIVE DEFENSE

Any alleged wrongful acts or deprivation of rights were legally caused by third parties other than this DEFENDANT, thus barring or diminishing PLAINTIFFS recovery against these DEFENDANTS.  Additionally, these answering DEFENDANTS would be entitled to contribution and/or indemnification from such third parties.

## FOURTH AFFIRMATIVE DEFENSE

PLAINTIFF'S claims are barred by the applicable statute of limitations.

## FIFTH AFFIRMATIVE DEFENSE

PLAINTIFF'S lack standing and/or are not members of the class intended to be protected by the applicable law and, accordingly PLAINTIFF'S claims are barred.

## ANSWER TO CIVIL COMPLAINT

- 5 -

1

**SIXTH AFFIRMATIVE DEFENSE**

2 PLAINTIFFS  failed to mitigate their damages, if any, thus barring or diminishing PLAINTIFF'S

3 recovery against the answering DEFENDANTS.

4

**SEVENTH AFFIRMATIVE DEFENSE**

5 PLAINTIFFS claims are barred by the equitable doctrine of unclean hands and/or laches

6

**EIGHTH AFFIRMATIVE DEFENSE**

7 PLAINTIFF'S claims for equitable remedies are barred due to the doctrine of waiver and/or

8 estoppel.

9

**NINTH AFFIRMATIVE DEFENSE**

10 The answering DEFENDANTS assert, without admitting that it engaged in any of these acts or

11 conduct attributed to it by the Complaint, that any of the alleged acts or conduct which may have

12 been engaged in by DEFENDANT were reasonable, justified, in good faith, privileged and/or for

13 legitimate, non-discriminatory business reasons.

14

**TENTH AFFIRMATIVE DEFENSE**

15 Any duty or obligation which PLAINTIFF'S claim is owed by DEFENDANT has been fully

16 performed satisfied and/or discharged.

17

**ELEVENTH AFFIRMATIVE DEFENSE**

18 PLAINTIFF'S claims are barred by their failure to properly exhaust the appropriate remedies

19 and/or perform the necessary conditions precedent.

20

**TWELFTH AFFIRMATIVE DEFENSE**

21 PLAINTIFF'S have failed to state a claim for injunctive and/or equitable relief.

22

**THIRTEENTH AFFIRMATIVE DEFENSE**

23 PLAINTIFF'S claims are moot.

24

**FOURTEENTH AFFIRMATIVE DEFENSE**

25 PLAINTIFF'S claims are barred because the answering DEFENDANTS did not discriminate

26 against them by refusing to provide full and equal enjoyment of any accommodation or service

27

28

**ANSWER TO CIVIL COMPLAINT**

1    allegedly offered.

2    **FIFTEENTH AFFIRMATIVE DEFENSE**

3    These answering DEFENDANTS alleged acts were not arbitrary and intentional, and/or such

4    alleged acts were in the furtherance of legitimate business interest and, accordingly

5    PLAINTIFF'S claims are barred.

6    **SIXTEENTH AFFIRMATIVE DEFENSE**

7    These answering DEFENDANTS assert that its alleged policies and/or practices bear a

8    reasonable relation to commercial objectives appropriate to an enterprise allegedly serving the

9    public and, accordingly PLAINTIFF'S claims are barred.

10    **SEVENTEENTH AFFIRMATIVE DEFENSE**

11    These answering DEFENDANTS assert that it is not a business entity covered by the Unruh Act,

12    Americans with Disabilities Act, or the other statutes referenced by PLAINTIFFS in their

13    Complaint and, accordingly, PLAINTIFFS claims are barred as these answering DEFENDANTS.

14    **EIGHTEENTH AFFIRMATIVE DEFENSE**

15    PLAINTIFFS did not suffer damages attributable to the action or inaction of this answering

16    DEFENDANT during the period alleged in PLAINTIFFS Complaint.

17    **NINETEENTH AFFIRMATIVE DEFENSE**

18    These answering DEFENDANTS assert its alleged actions and/or inaction is based on its

19    exercise of constitutionally protected rights, under both the United States and California

20    Constitutions.  As a result, PLAINTIFFS are not entitled to the relief requested in the Complaint.

21    **TWENTIETH AFFIRMATIVE DEFENSE**

22    PLAINTIFF'S claims are preempted by other federal and/or state laws.

23    **TWENTY FIRST AFFIRMATIVE DEFENSE**

24    These answering DEFENDANTS assert that any alleged failure by DEFENDANT to alter, repair,

25    or modify the premises does not give rise to a claim for relief by PLAINTIFFS under the Unruh

26    Act, since the Unruh Act specifically exempts such conduct from the scope of the act.

27

28    **ANSWER TO CIVIL COMPLAINT**

1    <u>TWENTY SECOND AFFIRMATIVE DEFENSE</u>

2    These answering DEFENDANTS had no duty to modify, alter, or repair already existing

3    structures.  Accordingly, PLAINTIFF'S claims as these DEFENDANTS are barred.

4    <u>TWENTY THIRD AFFIRMATIVE DEFENSE</u>

5    These answering DEFENDANTS assert it had no duty to provide a higher degree of care for an

6    individual with an alleged disability than for an individual who is not disabled under the

7    circumstances.  Accordingly, PLAINTIFF'S claims as these answering DEFENDANTS are

8    barred.

9    <u>TWENTY FOURTH AFFIRMATIVE DEFENSE</u>

10   These answering DEFENDANTS assert its alleged policies are facially neutral and are thus not

11   actionable by these PLAINTIFFS.

12   <u>TWENTY FIFTH AFFIRMATIVE DEFENSE</u>

13   These answering DEFENDANTS assert that there have been no alterations, structural repairs, or

14   additions made since the time-frame proscribed by law, and/or any such alleged alterations,

15   structural repairs, or additions were made to areas unrelated to PLAINTIFFS claims.

16   Accordingly, PLAINTIFFS claims are barred.

17   <u>TWENTY SIXTH AFFIRMATIVE DEFENSE</u>

18   DEFENDANTS assert that the changes and/or modifications of the premises to address the

19   allegations set forth in the Complaint are not required by the Americans with Disabilities Act, the

20   ADAAG or California Title 24 Building Code Requirements.

21   <u>TWENTY SEVENTH AFFIRMATIVE DEFENSE</u>

22   DEFENDANT asserts that punitive and and/or exemplary damages are so punitive in purpose

23   and effect as to constitute a criminal penalty, entitling this DEFENDANT to the rights given to

24   DEFENDANTS in criminal proceedings under the United States and California Constitutions.

25   All procedures and application of California and Federal law in this action which deny these

26   answering DEFENDANTS such rights including, but not limited to, a burden of proof beyond a

27

28   ANSWER TO CIVIL COMPLAINT

1  reasonable doubt, a unanimous jury and the right against self-incrimination, violate these

2  answering DEFENDANTS rights under such constitutional provisions.

3                        **TWENTY EIGHTH AFFIRMATIVE DEFENSE**

4  These answering DEFENDANTS assert that punitive, treble, and/or exemplary damages violate

5  this answering DEFENDANTS due process rights and impose an undue burden on interstate

6  commerce, as such protection is provided under the United States and California Constitutions.

7                        **TWENTY NINTH AFFIRMATIVE DEFENSE**

8  These answering DEFENDANTS presently have insufficient knowledge or information upon

9  which to form a belief as to whether as yet unknown, affirmative defenses exist.  Therefore

10  DEFENDANTS accordingly reserves the right to assert additional affirmative defenses in the

11  event discovery indicates it would be appropriate.

12

13  WHEREFORE, EUROPEAN CAR SERVICE and ZENON SMOCZYNSKI pray for judgment

14  as follows:

15  1)    That the Complaint against DEFENDANTS be dismissed with prejudice.

16  2)    That PLAINTIFFS take nothing by their Complaint, and that judgment be entered in

17         favor of DEFENDANTS;

18  3)    That PLAINTIFF be granted no relief in this action;

19  4)    That DEFENDANTS be awarded its costs of suit and attorney's fees incurred therein; and

20  5)    That DEFENDANTS be awarded such other and relief as the Court deems just and

21         proper.

22

23  Dated: February 4, 2008                              PREOVOLOS & ASSOCIATES

24                                                       By: _____

25                                                       Thanasi Preovolos
                                                         Attorney for Defendants
26

27

28                        **ANSWER TO CIVIL COMPLAINT**