| | |
|---|---|
| Preovolos & Associates, ALC<br>401 B Street, Suite 1520<br>San Diego, CA 92101<br>(619) 696-0520<br>(619) 238-5344 (fax) | Case Number: **07cv2394LABWMC** |

### PROOF OF SERVICE

I am a citizen of the United States. My business address is 401 B Street, Suite 1520, San Diego, California 92101. I am employed in the county of San Diego where this service occurs. I am over the age of 18 years, and not a party to the within cause. I am readily familiar with my employer's normal business practice for collection and processing of correspondence for mailing with the U.S. Postal Service, and that practice is that correspondence is deposited with the U.S. Postal Service the same day as the day of collection in the ordinary course of business.

I am also familiar with the employer's normal business practice for processing of correspondence for delivery via facsimile, and that practice is to transmit via facsimile on the same day as the day of execution of this proof of service.

On the date set forth below, following ordinary business practice, I served the foregoing documents(s) described as:

1)   **Answer to Civil Complaint**

   BY FAX by transmitting by facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5 p.m.

X   BY MAIL by causing such envelope(s) with postage thereon fully prepaid to be placed in the United States mail at San Diego, California.

To the following:

Amy Vandeveld
1850 5th Avenue #22
San Diego, CA 92101

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **February 5, 2008** at San Diego, California.

*/s/ Lawrence Mudgett III*
Lawrence Mudgett III

PROOF OF SERVICE

1