```
Amy B. Vandeveld, SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329
Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>    Plaintiff,<br><br>EUROPEAN CAR SERVICE; ANDREW MACIEJEWSKI; ZENNON SMOCZYNSKI and DOES 1 THROUGH 10, Inclusive,<br><br>    Defendants. | Case No.: 07 CV 2394 LAB (WMc)<br><br>REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT ANDREW MACIEJEWSKI |

    Plaintiff, KAREL SPIKES, respectfully requests that the Clerk of the United States District Court, Southern District, enter default against defendant ANDREW MACIEJEWSKI.

    SPIKES filed the instant Complaint on December 20, 2007. ANDREW MACIEJEWSKI was personally served with the Complaint and Summons on January 15, 2008. The Proof of Service and Summons was filed with this Court on January 23, 2008 (A copy of the Summons and Declaration of Service filed with this Court is attached to the accompanying Declaration of Amy B. Vandeveld as Exhibit "A".)

    Attached as Exhibit "B" to the Vandeveld Declaration is the Declaration of Greg Cole, process server, confirming that he personally served an individual who identified himself as Andrew

1

1  Maciejewski at approximately 10:00 a.m. on January 15, 2008.
2       Pursuant to F.R.Civ.P. Rule 12, ANDREW MACIEJEWSKI was
3  required to respond to the Complaint within 20 days of said
4  service.  ANDREW MACIEJEWSKI failed to file a response within the
5  20 day period and, in fact, has never filed a response to the
6  instant Complaint.
7       Plaintiff was subjected to discrimination in the instant
8  action because of inaccessible paths of travel and lack of an
9  accessible parking space, as well as lack of signage for such
10 space.  Plaintiff seeks $4,000.00 per offense, as well as damages
11 for emotional distress and other injuries, as authorized by
12 California Civil Code Section 52.  Plaintiff also seeks recovery
13 of his attorneys' fees and costs, as provided by California Civil
14 Code Sections 51, et seq., and 54 et seq., and by Title III of
15 the Americans with Disabilities Act, 42 USC Sec. 12188.
16      Respectfully submitted:
17 DATED  2/13    , 2008         LAW OFFICES OF AMY B. VANDEVELD

                                 _____
                                 AMY B. VANDEVELD,
                                 Attorney for Plaintiff

```
LAW OFFICES OF AMY B. VANDEVELD
1850 Fifth Avenue, Suite 22
San Diego, California  92101
Telephone:  (619) 231-8883
Facsimile:  (619) 231-8329

Attorney for Plaintiff
```

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>           Plaintiff,<br><br>vs.<br><br>EUROPEAN CAR SERVICE; ANDREW MACIEJEWSKI; ZENNON SMOCZYNSKI and DOES 1 THROUGH 10, Inclusive,<br><br>           Defendants. | Case No.: 07 CV 2394 LAB (WMc)<br><br>DECLARATION OF AMY B. VANDEVELD IN SUPPORT OF REQUEST FOR ENTRY OF CLERK'S DEFAULT JUDGMENT AGAINST DEFENDANT ANDREW MACIEJEWSKI |

I, AMY B. VANDEVELD, declare:

1.  I am the attorney for Plaintiff, and am licensed and admitted to practice before all the courts of California, including the Southern District of United States District Court in California.

2.  I have personal knowledge of the facts set forth in this Declaration and if called as a witness I could competently testify to the following facts.

3.  Attached hereto as Exhibit "A" is a true and correct copy of the Summons and Return of Service of Defendant  ANDREW

1 | MACIEJEWSKI.

2 | 4. Attached hereto as Exhibit "B" is a true and correct
3 | copy of the Declaration of Greg Cole, certified process server,
4 | confirming that he personally served an individual who identified
5 | himself as Andrew Maciejewski at approximately 10:00 a.m. on
6 | January 15, 2008.

7 | I declare under penalty of perjury under the laws of the
8 | State of California and the United States of America that the
9 | foregoing is true
10 | and correct.

11 | Executed this 13th day of February, 2008, at San
12 | Diego, California.

13 | _____
14 | AMY B. VANDEVELD

```
1  Amy B. Vandeveld, Esq.
2  1850 5th Avenue
3  SAN DIEGO, CA. 92101
4  619-231-8883
5
6                    UNITED STATES DISTRICT COURT
7                   SOUTHERN DISTRICT OF CALIFORNIA
8
9  KAREL SPIKES,                    ) Case No. 07CV2394 LAB WMC
                                    )
10         PLAINTIFF,                ) PROOF OF SERVICE
                                    )
11     vs.                          )
                                    )
12 EUROPEAN CAR SERVICE, et al.,    )
                                    )
13         DEFENDANT,                )
                                    )
14
15 _____
16     I, GREG COLE, declare as follows:
17     I am over the age of eighteen years and not a party to this
18 action. I am employed in the County of San Diego, California,
19 where the service occurred and my business address is 2250
20 Fourth Avenue, San Diego, CA 92101.
21     I served the following documents:
22     SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL CASE COVER
23 SHEET
24 //
25 //
```

PROOF OF SERVICE - 1

Exhibit A
/

Case 3:07-cv-02394-LAB-WMC    Document 8    Filed 02/13/2008    Page 6 of 8

AMY B. VANDEVELD, ESQ.SBN 137904
LAW OFFICES OF AMY B. VANDEVELD
1850 5TH AVE.
SAN DIEGO CA 92101
619-231-8883
Attorney for: PLAINTIFF

Ref. No.     : 0297901-02
Atty. File No. : 07CV2394LABWMC

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF  : KAREL SPIKES
DEFENDANT  : EUROPEAN CAR SERVICE, et al.

Case No.: 07 CV 2394 LAB WMC
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET

3. a. Party served    : ANDREW MACIEJEWSKI
   b. Person served   : Party in item 3a

4. Address where the party was served 8855 LA MESA BOULEVARD
                                       LA MESA, CA 91941    (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on January 15, 2008   (2) at: 10:00 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   a. as an individual defendant.

7. **Person who served papers**
   a. GREG COLE
   b. KNOX ATTORNEY SERVICE, INC.
      2250 Fourth Avenue
      San Diego, California 92101
   c. 619-233-9700

   d. Fee for service: $28.75
   e. I am:
      (3) a registered California process server
         (i) an independent contractor
         (ii) Registration No.: 387
         (iii) County: SAN DIEGO, CA

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: January 16, 2008          Signature: GREG COLE

Jud. Coun. form, rule 982.9
JC Form POS 010 (Rev. January 1, 2007)

PROOF OF SERVICE

Exhibit 4
2

```
 1  AMY B. VANDEVELD, ESQ., SBN 137904
    LAW OFFICES OF AMY B. VANDEVELD
 2  1850 5TH AVE.
    SAN DIEGO  CA 92101
 3  Phone: 619-231-8883

 4  Attorney for Plaintiff, KAREL SPIKES
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES, | Case No.: 07 CV 2394 LAB WMc |
| Plaintiff, | DECLARATION OF GREG COLE REGARDING SERVICE OF SUMMONS IN |
| vs. | A CIVIL ACTION AND COMPLAINT UPON DEFENDANT, ANDREW |
| EUROPEAN CAR SERVICE, et al., | MACIEJEWSKI |
| Defendants | |

I, Greg Cole, declare that I have personal knowledge of the matters contained herein. To those matters contained herein, that I do not have personal knowledge of, I state them upon information and belief. If called as a witness, I can and will competently testify to the matters contained herein.

I am an independent California registered process server (San Diego County Registration No. 387) for Knox Attorney Service, Inc., located at 2250 Fourth Avenue, San Diego, CA 92101; the business phone number is (619)233-9700. I am over the

DECLARATION OF GREG COLE - 1   Ex B/1

## PROOF OF SERVICE

I, the undersigned, declare that: I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. <u>Case Name/USDC Number</u>:
   **Spikes v. European Car Service**
   **USDC No.: 07 cv 2394 LAB (WMc)**

2. <u>Document(s) served</u>:
   **REQUEST FOR ENTRY OF CLERK'S DEFAULT AGAINST DEFENDANT ANDREW MACIEJEWSKI; DECLARATION OF AMY B. VANDEVELD IN SUPPORT OF REQUEST FOR ENTRY OF CLERK'S DEFAULT JUDGMENT AGAINST DEFENDANT ANDREW MACIEJEWSKI**

3. <u>Person(s) served/Place of service</u>:
   **Thanasi Preovolos, Esq.**
   **PREOVOLOS & ASSOCIATES, ALC**
   **401 B Street, Suite 1160**
   **San Diego, CA 92101**
   **Facsimile: (619) 238-5344**
   **Counsel for Defendants EUROPEAN CAR SERVICE and ZENON SMOCYNSKI**

   **Andrew Maciejewski**
   **8855 La Mesa Boulevard**
   **La Mesa, CA 91941**
   **Defendant**

4. <u>Manner of Service</u>:
   ____ (a) <u>Personal Service</u>: By handing copies of the document(s) to the person served [F.R.Civ.P. 5(b)(2)(A)].

   ✓ (b) <u>Service by Mail</u>: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid, at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after date of deposit for mailing in the affidavit. [F.R.Civ.P. 5(b)(2)(B); Cal. Code of Civil Procedure, Sections 1013a, 2015]

   ____ (c) <u>Facsimile Transmission</u>: From Fax No. (619) 231-8329 to the facsimile number(s) listed on this proof of service. The facsimile machine I used complied with Rule 2003(3), and no error was reported by the machine. [[F.R.Civ.P. 5(b)(2)(D)].

I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On: 2/13/08

By: _____
LAURIE MILLER

1