# United States District Court
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Karel Spikes<br><br>                              Plaintiff,<br><br>vs<br><br>Andrew Maciejewski<br><br>                              Defendant, | **Civil No.    07cv2394LAB-(WMc)**<br>**DEFAULT** |

    It appears from the records in the above entitled action that Summons issued on the Original Complaint filed on 12/20/07 has been regularly served upon the above named Defendant; and it appears from the records herein that the Defendant has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, the DEFAULT of the Defendants is hereby entered.

**Entered On:** 02/14/08                                                       W. SAMUEL HAMRICK, JR., CLERK

                                                       By:          s/V. Perez
                                                                   , Deputy