**EXHIBIT 6**

## KAREL SPIKES

| CASE # | DESCRIPTION | FILED | DISTRICT |
|---|---|---|---|
| 3:05-cv-00286-L-LSP | Spikes v. Mattia, et al | filed 02/09/05  closed 10/31/05 | Southern District |
| 3:05-cv-00393-WQH-AJB | Spikes v. Kattoula, et al | filed 02/28/05  closed 10/19/05 | Southern District |
| 3:05-cv-01086-J-BLM | Spikes v. Edward Lasalle Trust, et al | filed 05/20/05  closed 12/01/05 | Southern District |
| 3:05-cv-01087-BEN-BLM | Spikes v. Dennison Trust, et al | filed 05/20/05  closed 08/26/05 | Southern District |
| 3:05-cv-01088-BTM-RBB | Spikes v. Robledo 1994 Trust, et al | filed 05/20/05  closed 11/08/05 | Southern District |
| 3:05-cv-01539-BTM-RBB | Spikes v. Evans Tire & Svc Ctr, et al | filed 08/02/05  closed 11/15/05 | Southern District |
| 3:05-cv-02164-JAH-POR | Spikes v. Vista Food Market, et al | filed 11/22/05  closed 04/26/06 | Southern District |
| 3:06-cv-02188-JAH-CAB | Spikes v. New Conquest, Inc. et al | filed 10/03/06  closed 08/17/07 | Southern District |
| 3:07-cv-00259-IEG-JMA | Spikes v. Charles Auto Repair, et al. | filed 02/08/07  closed 04/13/07 | Southern District |
| 3:07-cv-00260-L-RBB | Spikes v. Lyman et al | filed 02/08/07  closed 07/26/07 | Southern District |
| 3:07-cv-00543-JMA | Spikes v. South Bay Motorsports et al | filed 03/23/07  closed 07/10/07 | Southern District |
| 3:07-cv-00545-BEN-RBB | Spikes v. Imperial Auto Electric et al | filed 03/23/07  closed 08/07/07 | Southern District |
| 3:07-cv-00603-H-JMA | Spikes v. BNN Enterprises, Inc. et al | filed 04/03/07  closed 12/27/07 | Southern District |
| 3:07-cv-00605-WQH-BLM | Spikes v. Ajou et al | filed 04/03/07 | Southern District |
| 3:07-cv-00617-J-POR | Spikes v. Don Chava Mexican Grill & Seafood et al | filed 04/05/07  closed 12/10/07 | Southern District |
| 3:07-cv-00748-J-NLS | Spikes v. Filiberto's Mexican Food et al | filed 04/24/07  closed 09/21/07 | Southern District |
| 3:07-cv-01408-JAH-POR | Spikes v. Ramada Inn et al | filed 08/01/07 | Southern District |
| 3:07-cv-02318-JLS-RBB | Spikes v. TNT Auto Sales, Inc et al | filed 12/11/07 | Southern District |
| 3:07-cv-02393-IEG-WMC | Spikes v. Import Auto Body et al | filed 12/20/07 | Southern District |
| 3:07-cv-02394-LAB-WMC | Spikes v. European Car Service et al | filed 12/20/07 | Southern District |
| 3:07-cv-02395-LAB-AJB | Spikes v. The Auto Center et al | filed 12/20/07 | Southern District |
| 3:07-cv-02396-IEG-WMC | Spikes v. JD Collision Center, Inc. et al | filed 12/20/07 | Southern District |
| 3:98-cv-01951-BTM-AJB | Spikes v. Najjar, et al | filed 10/27/98  closed 06/23/99 | Southern District |
| 3:98-cv-01952-H-AJB | Spikes v. Epstein Investments, et al | filed 10/27/98  closed 07/08/99 | Southern District |
| 3:98-cv-01953-JM-JAH | Spikes v. Vinh Hung Supermkt, et al | filed 10/27/98  closed 08/12/99 | Southern District |
| 3:98-cv-01980-K-JAH | Spikes v. Lamplighter Inn, et al | filed 10/30/98  closed 11/29/99 | Southern District |
| 3:98-cv-02357-BTM-AJB | Spikes v. RTM West Inc, et al | filed 12/30/98  closed 02/08/00 | Southern District |
| 3:99-cv-00352-K-POR | Spikes v. Dallo and Company, et al | filed 02/26/99  closed 08/27/99 | Southern District |
| 3:03-cv-02129-W-POR | Spikes v. 1538 E Main LLC, et al | filed 10/29/03  closed 08/02/04 | Southern District |
| 3:04-cv-00094-JAH-JMA | Spikes v. Nasser, et al | filed 01/14/04  closed 09/10/04 | Southern District |
| 3:06-cv-00217-LAB-LSP | Spikes v. Video, et al | filed 01/30/06  closed 07/31/07 | Southern District |
| 3:98-cv-01440-E-POR | Spikes v. Royal Hospitality, et al | filed 08/07/98  closed 04/21/99 | Southern District |
| 3:98-cv-01591-BTM-LSP | Spikes v. Estates, et al | filed 09/02/98  closed 05/13/99 | Southern District |
| 3:98-cv-01592-LSP | Spikes v. Citizens Development, et al | filed 09/02/98  closed 08/18/99 | Southern District |

## KAREL SPIKES

| CASE # | DESCRIPTION | FILED | DISTRICT |
|---|---|---|---|
| 3:00-cv-00006-CGA | Spikes v. Del Mission Liquor, et al | filed 01/03/00  closed 06/22/00 | Southern District |
| 3:00-cv-00144-IEG-NLS | Spikes v. Shell Gasoline, et al | filed 01/24/00  closed 06/14/00 | Southern District |
| 3:00-cv-00566-AJB | Spikes v. Burger King, et al | filed 03/17/00  closed 10/17/00 | Southern District |
| 3:00-cv-01588-J-CGA | Spikes v. Taing, et al | filed 08/07/00  closed 11/21/00 | Southern District |
| 3:00-cv-01589-H-NLS | Spikes v. Somo, et al | filed 08/07/00  closed 03/27/01 | Southern District |
| 3:00-cv-01590-W-CGA | Spikes v. Rauls Mexican Food, et al | filed 08/07/00  closed 10/19/00 | Southern District |
| 3:00-cv-02056-BTM-JAH | Spikes v. Fuel Sys Warehouse, et al | filed 10/13/00  closed 02/26/01 | Southern District |
| 3:00-cv-02306-B-RBB | Spikes v. Koutzmbis, et al | filed 11/16/00  closed 03/22/01 | Southern District |
| 3:01-cv-00732-J-NLS | Spikes v. Nikos Gelastopoulos, et al | filed 04/25/01  closed 09/17/01 | Southern District |
| 3:01-cv-00881-IEG-LAB | Spikes v. Encanto Drive In, et al | filed 05/21/01  closed 08/21/01 | Southern District |
| 3:01-cv-00884-K-AJB | Spikes v. Parts Plus, et al | filed 05/21/01  closed 08/08/01 | Southern District |
| 3:01-cv-01869-J-AJB | Spikes v. Tran, et al | filed 10/15/01  closed 09/25/02 | Southern District |
| 3:01-cv-01870-BTM-JAH | Spikes v. Lam, et al | filed 10/15/01  closed 02/19/02 | Southern District |
| 3:01-cv-02110-W-JAH | Spikes v. California Chicken, et al | filed 11/16/01  closed 04/04/02 | Southern District |
| 3:01-cv-02111-L-NLS | Spikes v. Adalbertos Mexican, et al | filed 11/16/01  closed 03/12/02 | Southern District |
| 3:02-cv-00342-L-POR | Spikes v. Mulkins, et al | filed 02/25/02  closed 08/06/02 | Southern District |
| 3:02-cv-00553-BTM-NLS | Spikes v. Muang Lao Market, et al | filed 03/22/02  closed 06/18/02 | Southern District |
| 3:02-cv-00555-L-AJB | Spikes v. Wrights Party, et al | filed 03/22/02  closed 07/15/02 | Southern District |
| 3:02-cv-00878-K-LSP | Spikes v. Finlay, et al | filed 05/06/02  closed 11/07/02 | Southern District |
| 3:02-cv-00879-J-JFS | Spikes v. APRO, et al | filed 05/06/02  closed 08/27/02 | Southern District |
| 3:02-cv-00973-J-RBB | Spikes v. Food Bargain Market, et al | filed 05/16/02  closed 09/20/02 | Southern District |
| 3:02-cv-01142-BTM-RBB | Spikes v. Hilltop Liquor Store, et al | filed 06/11/02  closed 01/22/03 | Southern District |
| 3:02-cv-01169-JM-CGA | Spikes v. Canfield Brakes, et al | filed 06/13/02  closed 12/06/02 | Southern District |
| 3:02-cv-01211-LSP | Spikes v. United Market and, et al | filed 06/19/02  closed 11/15/02 | Southern District |
| 3:02-cv-01219-BTM-AJB | Spikes v. Markos Family, et al | filed 06/21/02  closed 11/04/02 | Southern District |
| 3:02-cv-01220-W-JFS | Spikes v. Vaqueros Mexican, et al | filed 06/21/02  closed 12/30/02 | Southern District |
| 3:02-cv-01221-B-CGA | Spikes v. Broadway Auto Elec, et al | filed 06/21/02  closed 11/07/02 | Southern District |
| 3:02-cv-01511-K-RBB | Spikes v. La Mesa Mini Mart, et al | filed 08/01/02  closed 04/08/03 | Southern District |
| 3:02-cv-02403-IEG-NLS | Spikes v. Big O Tires, et al | filed 12/06/02  closed 06/23/03 | Southern District |
| 3:02-cv-02404-J-AJB | Spikes v. Hair Pros, et al | filed 12/06/02  closed 03/12/03 | Southern District |
| 3:02-cv-02405-LAB-NLS | Spikes v. Crispy Fried Chicken, et al | filed 12/06/02  closed 07/20/04 | Southern District |
| 3:02-cv-02406-J-JFS | Spikes v. Big K Market, et al | filed 12/06/02  closed 06/30/03 | Southern District |
| 3:02-cv-02407-JM-POR | Spikes v. Grove Pastry Shop, et al | filed 12/06/02  closed 02/26/03 | Southern District |
| 3:03-cv-00087-LSP | Spikes v. Star Light Market, et al | filed 01/14/03  closed 05/02/03 | Southern District |

## KAREL SPIKES

| CASE # | DESCRIPTION | FILED | DISTRICT |
|---|---|---|---|
| 3:03-cv-00122-JM-POR | Spikes v. Sound Diego, et al | filed 01/21/03   closed 09/10/03 | Southern District |
| 3:03-cv-00123-B-AJB | Spikes v. Salsa Brava Taco, et al | filed 01/21/03   closed 06/27/03 | Southern District |
| 3:03-cv-00124-BTM-NLS | Spikes v. Konja, et al | filed 01/21/03   closed 05/12/03 | Southern District |
| 3:03-cv-01510-W-LSP | Spikes v. Molcaria Mexican, et al | filed 08/04/03   closed 01/06/04 | Southern District |
| 3:03-cv-01867-J-NLS | Spikes v. Klopp, et al | filed 09/16/03   closed 11/21/03 | Southern District |
| 3:03-cv-01951-J-JFS | Spikes v. Convenient, et al | filed 10/01/03   closed 05/12/04 | Southern District |
| 3:03-cv-01987-W-NLS | Spikes v. Bond, et al | filed 10/06/03   closed 08/06/04 | Southern District |
| 3:03-cv-02130-LAB-WMC | Spikes v. Moses, et al | filed 10/29/03   closed 03/22/04 | Southern District |
| 3:03-cv-02131-WQH-JMA | Spikes v. Gomez, et al | filed 10/29/03   closed 05/14/04 | Southern District |
| 3:04-cv-00034-W-BLM | Spikes v. Walcher, et al | filed 01/07/04   closed 05/07/04 | Southern District |
| 3:04-cv-00340-BEN-POR | Spikes v. Budget Furniture, et al | filed 02/19/04   closed 08/10/04 | Southern District |
| 3:04-cv-00341-J-AJB | Spikes v. Postal Annex, et al | filed 02/19/04   closed 07/21/04 | Southern District |
| 3:04-cv-00453-DMS-NLS | Spikes v. World Oil Marketing, et al | filed 03/04/04   closed 08/13/04 | Southern District |
| 3:04-cv-00454-LAB-WMC | Spikes v. Fitz & Alices Beer, et al | filed 03/04/04   closed 09/02/04 | Southern District |
| 3:04-cv-00455-LAB-LSP | Spikes v. 99 Motel, et al | filed 03/04/04   closed 06/23/04 | Southern District |
| 3:04-cv-00463-JM-BLM | Spikes v. El Sabroso, et al | filed 03/05/04   closed 08/31/04 | Southern District |
| 3:04-cv-00464-BEN-LSP | Spikes v. Checks Cashed for, et al | filed 03/05/04   closed 12/17/04 | Southern District |
| 3:04-cv-00472-DMS-LSP | Spikes v. Mandalin Imports, et al | filed 03/08/04   closed 09/08/04 | Southern District |
| 3:04-cv-00612-L-POR | Spikes v. Sunbelt Towing Inc, et al | filed 03/24/04   closed 10/21/04 | Southern District |
| 3:04-cv-00673-WQH-JFS | Spikes v. Top Tune, et al | filed 04/02/04   closed 09/24/04 | Southern District |
| 3:04-cv-00743-JM-JFS | Spikes v. Beauty Boutique Inc, et al | filed 04/12/04   closed 08/23/04 | Southern District |
| 3:04-cv-00865-J-JFS | Spikes v. Mojica, et al | filed 04/26/04   closed 09/29/04 | Southern District |
| 3:04-cv-01885-LAB-JFS | Spikes v. In & Out Market, et al | filed 09/17/04   closed 01/26/05 | Southern District |
| 3:04-cv-01886-DMS-RBB | Spikes v. Juanitos Taco Shop, et al | filed 09/17/04   closed 01/05/05 | Southern District |
| 3:04-cv-01950-JAH-JFS | Spikes v. Shamoun Inc, et al | filed 09/27/04   closed 05/05/05 | Southern District |
| 3:04-cv-02069-DMS-LSP | Spikes v. Auto Parts, et al | filed 10/14/04   closed 03/25/05 | Southern District |
| 3:04-cv-02070-L-WMC | Spikes v. A1 Hire Ltd, et al | filed 10/14/04   closed 02/28/05 | Southern District |
| 3:04-cv-02157-DMS-RBB | Spikes v. Care Drugs, et al | filed 10/26/04   closed 01/07/05 | Southern District |
| 3:04-cv-02158-RBB-RBB | Spikes v. Kenaya, et al | filed 10/26/04   closed 03/14/05 | Southern District |
| 3:04-cv-02159-IEG-POR | Spikes v. Kassab, et al | filed 10/27/04   closed 02/17/05 | Southern District |
| 3:04-cv-02264-BLM | Spikes v. Apro LLC, et al | filed 11/10/04   closed 02/17/05 | Southern District |
| 3:05-cv-00085-J-JFS | Spikes v. Park Market, et al | filed 01/14/05   closed 09/08/05 | Southern District |
| 3:05-cv-00197-POR | Spikes v. Rodriguez, et al | filed 02/01/05   closed 05/20/05 | Southern District |
| 3:05-cv-00285-BTM-POR | Spikes v. California Smog, et al | filed 02/09/05   closed 06/22/05 | Southern District |

## KAREL SPIKES

| CASE # | DESCRIPTION | FILED | | DISTRICT |
|---|---|---|---|---|
| 3:02-cv-02067-BTM-NLS | Spikes v. 99 Cent and Variety, et al | filed 10/18/02 | closed 05/05/03 | Southern District |
| 3:03-cv-01087-LAB-RBB | Spikes v. La Cresta Motel, et al | filed 05/30/03 | closed 08/20/04 | Southern District |
| 3:03-cv-01089-W-JAH | Spikes v. Main Street Liquor, et al | filed 05/30/03 | closed 08/29/03 | Southern District |
| 3:03-cv-01090-K-POR | Spikes v. Harveys Tour Inn, et al | filed 05/30/03 | closed 10/23/03 | Southern District |
| 3:03-cv-01091-DMS-NLS | Spikes v. Car Audio Heaven, et al | filed 05/30/03 | closed 10/16/03 | Southern District |
| 3:03-cv-01092-JAH-JFS | Spikes v. Harloff Auto Parts, et al | filed 05/30/03 | closed 06/23/04 | Southern District |
| 3:03-cv-01869-L-LSP | Spikes v. Countrytime Food, et al | filed 09/16/03 | closed 02/10/04 | Southern District |
| 3:04-cv-00864-J-BLM | Spikes v. Bottle Shop, et al | filed 04/26/04 | closed 07/09/04 | Southern District |
| 3:04-cv-01608-JM-NLS | Spikes v. Fishman, et al | filed 08/06/04 | closed 01/18/05 | Southern District |
| 3:04-cv-01951-LAB-WMC | Spikes v. Robledo, et al | filed 09/27/04 | closed 03/23/05 | Southern District |
| 3:06-cv-02435-JAH-CAB | Spikes v. M. Elias, Inc. et al | filed 11/03/06 | closed 04/02/07 | Southern District |
| 3:07-cv-00201-DMS-CAB | Spikes v. South Bay Auto Wholesale, Inc. et al | filed 01/30/07 | closed 08/22/07 | Southern District |
| 3:07-cv-00226-JAH-POR | Spikes v. Fairmount Autos et al | filed 02/02/07 | closed 07/27/07 | Southern District |
| 3:07-cv-00258-JMA | Spikes v. Truck N Toys, Inc. et al | filed 02/08/07 | closed 06/12/07 | Southern District |
| 3:07-cv-00401-BTM-NLS | Spikes v. Franklin et al | filed 03/02/07 | closed 08/20/07 | Southern District |
| 3:07-cv-00608-W-WMC | Spikes v. Class A Trophies Buttons & More et al | filed 04/03/07 | closed 09/05/07 | Southern District |
| 3:07-cv-01197-DMS-WMC | Spikes v. Pro Mex Automotive et al | filed 06/29/07 | closed 01/23/08 | Southern District |
| 3:07-cv-02026-DMS-WMC | Spikes v. In & Out Car Wash, Inc. et al | filed 10/19/07 | | Southern District |
| 3:07-cv-02027-JLS-LSP | Spikes v. Body Beautiful Car Wash, Inc. et al | filed 10/19/07 | | Southern District |
| 2:05-cv-01598-SJO-RZ | Karel Spikes v. Laguna Inn and Suites et al | filed 03/03/05 | closed 10/26/05 | Central District |
| 2:05-cv-01599-TJH-MAN | Karel Spikes v. Super 8 Motel et al | filed 03/03/05 | closed 06/27/06 | Central District |
| 2:05-cv-01602-R-MAN | Karel Spikes v. Best Western Montebello Plaza Hotel et al | filed 03/03/05 | closed 11/28/05 | Central District |
| 2:05-cv-05071-DT-SH | Karel Spikes v. Laguna Hills Hotel Development Venture et al | filed 07/11/05 | closed 03/27/06 | Central District |

**EXHIBIT 7**



| | | CASE # | DESCRIPTION | FILED | DISTRICT |
|---|---|---|---|---|---|
| A | TNT AUTO SALES<br>8247 BROADWAY<br>LEMON GROVE, CA 91945 | 3:07-cv-02318-JLS-RBB | Spikes v. TNT Auto Sales, Inc et al | 12/11/2007 | SOUTHERN |
| B | IMPORT AUTO BODY<br>8811 JAMACHA ROAD<br>SPRING VALLEY, CA 91977 | 3:07-cv-02393-IEG-WMC | Spikes v. Import Auto Body et al | 12/20/2007 | SOUTHERN |
| C | EUROPEAN CAR SERVICE<br>8855 LA MESA BOULEVARD<br>LA MESA, CA 91941 | 3:07-cv-02394-LAB-WMC | Spikes v. European Car Service et al | 12/20/2007 | SOUTHERN |
| D | THE AUTO CENTER<br>8203 UNIVERSITY AVENUE<br>LA MESA, CA 91941 | 3:07-cv-02395-LAB-AJB | Spikes v. The Auto Center et al | 12/20/2007 | SOUTHERN |
| E | JD COLLISION CENTER<br>8730 JAMACHA ROAD<br>SPRING VALLEY, CA 91977 | 3:07-cv-02396-IEG-WMC | Spikes v. JD Collision Center, Inc. et al | 12/20/2007 | SOUTHERN |
| E | PERCISION MOTORS<br>8740 JAMACHA ROAD<br>SPRING VALLEY, CA 91977 | 3:07-cv-02396-IEG-WMC | Spikes v. JD Collision Center, Inc. et al | 12/20/2007 | SOUTHERN |
| E | MD AUTO REPAIR & TIRES<br>8750 JAMACHA ROAD<br>SPRING VALLEY, CA 91977 | 3:07-cv-02396-IEG-WMC | Spikes v. JD Collision Center, Inc. et al | 12/20/2007 | SOUTHERN |

**EXHIBIT 8**

Lawrence Mudgett SBN 252898
Athanasios Preovolos SBN 182334
Preovolos & Associates, a Law Corporation
401 B Street, Suite 1520
San Diego, CA 92101
Telephone: 619-696-0520
Facsimile: 619-238-5344


Attorney for Defendants
Zenon Smoczynski and European Car Service

## DECLARATION OF RACHEL FERREIRA

I am RACHEL FERREIRA, I have independent personal knowledge of the facts attested herein and declare them to be true and correct under penalty of perjury. If called upon to do so I could and would testify to the same.

1)     I am a law clerk at the law offices of Preovolos and Associates captioned above.

2)     On or about February 21, 2008 I entered Karel Ray Spikes' name into the federal online Pacer system for the Southern District.

3)     I thereby discovered the 124 ADA lawsuits levied by Karel Spikes, I entered them into a spreadsheet, and that spreadsheet is attached hereto as exhibit 6.

4)     The spreadsheet accurately reflects the lawsuits as they appeared on the Pacer website.

5)     I then highlighted the lawsuits against auto repair shops filed on or about the time Plaintiff filed the present action.

6)     I discovered 5 lawsuits against auto repair shops since 12/11/2007 and 4 were filed on 12/20/2007 including the present action.

7)     I then googled the names of the other auto repair shops and found the addresses.

8)     I placed the addresses into google maps and keyed them. The map and key are attached hereto as exhibit 7.

9)     I also queried the cases brought by Plaintiff Spikes against auto repair facilities in the Pacer system.

*Rachel Ferreira*

10)    In each of the six (6) suits queried, Amy Vandeveld is the attorney of record.

11)    I then viewed the complaints as filed in each action.

12)    All 6 were virtually identical but for the Defendant's names and the dates Mr. Spikes alleged to have visited the Defendant's businesses.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: March 7, 2008

_____

Rachel Ferreira

Rachel Ferreira

**EXHIBIT 9**

1 | Lawrence Mudgett SBN 252898
2 | Preovolos & Associates, a Law Corporation
401 B Street, Suite 1520
3 | San Diego, CA 92101
Telephone: 619-696-0520
4 | Facsimile: 619-238-5344

5

6 | Attorney for Defendants
Zenon Smoczynski and European Car Service

7

8 | **DECLARATION OF ANDREW MACIEJEWSKI**

9 | I am ANDREW MACIEJEWSKI, I have independent personal knowledge of the facts

10 | attested herein and declare them to be true and correct under penalty of perjury. If called

upon to do so I could and would testify to the same.

11

1)  I moved away from San Diego in June 2001 and currently reside out of the

12 | state.

13

2)  I was neither at European Car Service on January 15, 2008 nor was I within

14 | the state of California on that date.

15

3)  I have not been personally served with a civil complaint of any kind in this

16 | case or in any other matter.

17

18 | I declare under penalty of perjury under the laws of the State of California that the

19 | foregoing is true and correct.

20

Dated: March 3, 2008

21

22 | Andrew Maciejewski

23

24

25

26

27

28

-1-

Declaration of Andrew Maciejewski

**EXHIBIT 10**



San Diego
401 B Street, Suite 1320
San Diego, CA 92101
Phone 619-696-0520
Fax 619-238-5344

La Mesa
P.O. Box 2820
La Mesa, CA 91941
Toll Free 888-626-4law
www.thelawcorp.com

February 5, 2007

Amy Vandeveld
1850 5th Avenue #22
San Diego, CA 92101

Re:    Spikes v European Car Service                    *Sent Via U.S. Mail*
       Case No. 07CV2394LABWMC
       Demand & Settlement Offer

Dear Amy:

This letter confirms our firm's representation of defendants European Car Service and Zenon Smoczynski in the above captioned matter. We are in receipt of your civil complaint and you may direct all future correspondence to my attention.

**Demand**

You are hereby noticed, advised, cautioned and we formally demand that you immediately withdraw the Summons executed by Karel Spikes as to Andrew Maciejewski (docket item #4 filed on 1/23/2008). Under penalty of perjury and using your firm's letterhead, process server Greg Cole has declared that he personally served Andrew Maciejewski at 8855 La Mesa Boulevard, La Mesa, CA 91941 on January 15, 2008 at 10:00am.

Andrew Maciejewski's whereabouts are currently unknown, he was not present at the address listed on the date in question, and he is no longer involved with the business. Furthermore, substitute service is not permitted at an individual's business under the Federal Rules. F.R.C.P. § 4(d)(1) (emphasis added). In addition, Mr. Maciejewski cannot receive substituted service at European Car Service under the California Code of Civil Procedure either because European Car Service is not his "usual place of business." CCCP § 415.20(b).

Therefore, you have fraudulently indicated to the court that you personally served Andrew Maciejewski and you cannot substitute serve him at European Car Service under either the Federal or California state rules of civil procedure. Accordingly, you have until Friday February 29, 2008 to remove the fraudulent filing or I will file motion with the court.

**Confidential Settlement Offer**

Amy Vandeveld
February 5, 2007
Page 2 of 2



Sincerely,

Lawrence A. Mudgett III

LAM:lam

Encl.

CC: Zenon Smoczynski
European Car Service
8855 La Mesa Blvd
La Mesa, CA 91941

**EXHIBIT 11**

1  Thanasi Preovolos, State Bar Number182334
   PREOVOLOS & ASSOCIATES, ALC
2  401 B Street, Suite 1160
   San Diego, California 92101
3  Telephone: (619) 696-0520
   Fax: (619) 238-5344
4

5  Attorney for Defendants European Car Service and
   Zenon Smoczynski
6

7

8

9                    UNITED STATES DISTRICT COURT

10                 SOUTHERN DISTRICT OF CALIFORNIA

11

12 ─────────────────────────────        Case No. 07CV2394LABWMC
   KAREL SPIKES.                    )
13                   Plaintiff,     )
   vs.                              )
14                                  )   ANSWER TO CIVIL COMPLAINT
   EUROPEAN CAR SERVICE; ANDREW     )
15 MACIEJEWSKI; ZENON SMOCZYNSKI,   )
   and DOES 1 THROUGH 10, Inclusive.)
16                                  )
                   Defendants.      )
17                                  )
                                    )
18                                  )
                                    )
19 ─────────────────────────────

20       NOW COME Defendants EUROPEAN CAR SERVICE and ZENON SMOCZYNSKI

21 (hereby DEFENDANTS), by and through their attorneys of record Preovolos & Associates, ALC

22 file this Answer to the Civil Complaint of Plaintiff KAREL SPIKES as follows:

23       That Defendants deny all allegations in Plaintiff's Complaint unless specifically admitted

24 or explained otherwise:

25                      **JURISDICTION AND VENUE**

26 1    With respect to Paragraph 1, PLAINTIFF'S Complaint sets forth legal conclusions to

27

28                   **ANSWER TO CIVIL COMPLAINT**

1  which no response is required.

2  2      With respect to Paragraph 2, PLAINTIFF'S Complaint sets forth legal conclusions to

3  which no response is required.

4  3      With respect to Paragraph 3, PLAINTIFF'S Complaint sets forth legal conclusions to

5  which no response is required.  However, DEFENDANTS deny that PLAINTIFF was denied

6  equal access to DEFENDANTS facilities, goods, and/or services.  DEFENDANTS deny that they

7  have violated either federal or state law.  DEFENDANTS deny injuring PLAINTIFF.

8                                **THE PARTIES**

9  4      With respect to Paragraph 4,  DEFENDANTS admit that EUROPEAN CAR SERVICES

10  is located at 8855 La Mesa Boulevard, La Mesa, CA (hereinafter "the subject property") and the

11  lessee of the subject property.  DEFENDANTS deny all remaining allegations set forth in

12  paragraph 4 of PLAINTIFFS Complaint.

13  5      With respect to Paragraph 5 of PLAINTIFFS Complaint, DEFENDANTS deny the

14  allegations.

15  6      With respect to Paragraph 6 of PLAINTIFFS Complaint, DEFENDANTS admit the

16  allegations.

17  7      With respect to Paragraph 7 of PLAINTIFFS Complaint, DEFENDANTS deny the

18  allegations

19  8      With respect to Paragraph 8 lines 22-28 of PLAINTIFFS Complaint,  DEFENDANTS are

20  without knowledge or information sufficient to admit or deny the facts contained in the

21  paragraphs.  Therefore DEFENDANTS deny the allegations.  With respect to lines 1-6,

22  DEFENDANTS deny that PLAINTIFF availed herself to goods, services, facilities, privileges,

23  advantages, or accommodations operated and/or owned by DEFENDANTS and/or located on the

24  subject property.

25  9      With respect to Paragraph 9 of PLAINTIFFS Complaint, DEFENDANTS deny the

26  allegations.

27

28                          **ANSWER TO CIVIL COMPLAINT**

                                   - 2 -

1  10      With respect to Paragraph 10 of PLAINTIFF'S Complaint, DEFENDANTS are without

2  knowledge or information sufficient to admit or deny the facts contained in the paragraphs.

3  Therefore, DEFENDANTS deny the allegations.

4  11      With respect to Paragraph 11 of PLAINTIFF'S Complaint, DEFENDANTS deny the

5  allegations.

6  12      With respect to Paragraph 12 of PLAINTIFF'S Complaint, DEFENDANTS deny the

7  allegations.

8  13      With respect to Paragraph 13 of PLAINTIFF'S Complaint, DEFENDANTS deny the

9  allegations.

10  14      With respect to Paragraph 14 of PLAINTIFF'S Complaint, DEFENDANTS deny the

11  allegations.

12  15      With respect to Paragraph 15 of PLAINTIFF'S Complaint, DEFENDANTS deny the

13  allegations.

14  16      With respect to Paragraph 16 of PLAINTIFF'S Complaint, DEFENDANTS deny the

15  allegations.

16                          **FIRST CLAIM FOR RELIEF**

17  17      With respect to Paragraph 17 of PLAINTIFF'S Complaint, DEFENDANTS deny the

18  allegations.

19  18      With respect to Paragraph 18 of PLAINTIFF'S Complaint, DEFENDANTS deny the

20  allegations.

21  19      With respect to Paragraph 19 of PLAINTIFF'S Complaint, DEFENDANTS admit that

22  PLAINTIFF is seeking injuctive relief.  DEFENDANTS deny that PLAINTIFF is entitled to it.

23                          **SECOND CLAIM FOR RELIEF**

24  20      With respect to Paragraph 20 of PLAINTIFF'S Complaint, DEFENDANTS deny the

25  allegations.

26  21      With respect to Paragraph 21 of PLAINTIFF'S Complaint, DEFENDANTS deny the

27

28                          **ANSWER TO CIVIL COMPLAINT**

1  allegations.

2  22      With respect to Paragraph 22 of PLAINTIFF'S Complaint, DEFENDANTS deny the

3  allegations.

4  23      With respect to Paragraph 23 of PLAINTIFF'S Complaint, DEFENDANTS deny the

5  allegations.

6  24      With respect to Paragraph 24 of PLAINTIFF'S Complaint, DEFENDANTS admit that

7  PLAINTIFF is seeking relief.  DEFENDANTS deny that PLAINTIFF is entitled to it

8                          **THIRD CLAIM FOR RELIEF**

9  25      With respect to Paragraph 25 of PLAINTIFF'S Complaint, DEFENDANTS deny the

10  allegations.

11  26      With respect to Paragraph 26 of PLAINTIFF'S Complaint, DEFENDANTS deny the

12  allegations.

13  27      With respect to Paragraph 27 of PLAINTIFF'S Complaint, DEFENDANTS deny the

14  allegations.

15  28      With respect to Paragraph 28 of PLAINTIFF'S Complaint, DEFENDANTS deny the

16  allegations.

17                         **FOURTH CLAIM FOR RELIEF**

18  29      With respect to Paragraph 29 of PLAINTIFF'S Complaint, DEFENDANTS deny the

19  allegations.

20  30      With respect to Paragraph 30 of PLAINTIFF'S Complaint, DEFENDANTS deny the

21  allegations.

22  31      With respect to Paragraph 31 of PLAINTIFF'S Complaint, DEFENDANTS deny the

23  allegations.

24                          **FIFTH CLAIM FOR RELIEF**

25  32      With respect to Paragraph 32 of PLAINTIFF'S Complaint, DEFENDANTS deny the

26  allegations.

27

28                      **ANSWER TO CIVIL COMPLAINT**

- 4 -

33    With respect to Paragraph 34 of PLAINTIFF'S Complaint, DEFENDANTS deny the allegations..

34    With respect to Paragraph 34 of PLAINTIFF'S Complaint, DEFENDANTS admit that PLAINTIFF is seeking injunctive relief.  DEFENDANTS deny that PLAINTIFF is entitled to it.

## JURY DEMAND

35    With respect to Paragraph 35 of PLAINTIFF'S Complaint and pursuant to Rule 38 of the Federal Rules of Civil Procedure, DEFENDANTS are amenable to a jury trial

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

PLAINTIFF'S Complaint, and each purported claim for relief therein, fails to state facts sufficient to constitute a claim for relief against the answering DEFENDANTS.

### SECOND AFFIRMATIVE DEFENSE

PLAINTIFFS did not exercise ordinary care, caution or prudence and the resultant alleged injuries and/or damages, if any, were legally contributed to and caused by PLAINTIFFS careless and negligence thus barring or diminishing PLAINTIFFS recovery against these answering DEFENDANTS.

### THIRD AFFIRMATIVE DEFENSE

Any alleged wrongful acts or deprivation of rights were legally caused by third parties other than this DEFENDANT, thus barring or diminishing PLAINTIFFS recovery against these DEFENDANTS.  Additionally, these answering DEFENDANTS would be entitled to contribution and/or indemnification from such third parties.

### FOURTH AFFIRMATIVE DEFENSE

PLAINTIFF'S claims are barred by the applicable statute of limitations.

### FIFTH AFFIRMATIVE DEFENSE

PLAINTIFF'S lack standing and/or are not members of the class intended to be protected by the applicable law and, accordingly PLAINTIFF'S claims are barred.

## ANSWER TO CIVIL COMPLAINT

- 5 -

1

### SIXTH AFFIRMATIVE DEFENSE

2   PLAINTIFFS  failed to mitigate their damages, if any, thus barring or diminishing PLAINTIFF'S

3   recovery against the answering DEFENDANTS.

4

### SEVENTH AFFIRMATIVE DEFENSE

5   PLAINTIFFS claims are barred by the equitable doctrine of unclean hands and/or laches

6

### EIGHTH AFFIRMATIVE DEFENSE

7   PLAINTIFF'S claims for equitable remedies are barred due to the doctrine of waiver and/or

8   estoppel.

9

### NINTH AFFIRMATIVE DEFENSE

10   The answering DEFENDANTS assert, without admitting that it engaged in any of these acts or

11   conduct attributed to it by the Complaint, that any of the alleged acts or conduct which may have

12   been engaged in by DEFENDANT were reasonable, justified, in good faith, privileged and/or for

13   legitimate, non-discriminatory business reasons.

14

### TENTH AFFIRMATIVE DEFENSE

15   Any duty or obligation which PLAINTIFF'S claim is owed by DEFENDANT has been fully

16   performed satisfied and/or discharged.

17

### ELEVENTH AFFIRMATIVE DEFENSE

18   PLAINTIFF'S claims are barred by their failure to properly exhaust the appropriate remedies

19   and/or perform the necessary conditions precedent.

20

### TWELFTH AFFIRMATIVE DEFENSE

21   PLAINTIFF'S have failed to state a claim for injunctive and/or equitable relief.

22

### THIRTEENTH AFFIRMATIVE DEFENSE

23   PLAINTIFF'S claims are moot.

24

### FOURTEENTH AFFIRMATIVE DEFENSE

25   PLAINTIFF'S claims are barred because the answering DEFENDANTS did not discriminate

26   against them by refusing to provide full and equal enjoyment of any accommodation or service

27

28

### ANSWER TO CIVIL COMPLAINT

- 6 -

1  allegedly offered.

2  ### FIFTEENTH AFFIRMATIVE DEFENSE

3  These answering DEFENDANTS alleged acts were not arbitrary and intentional, and/or such

4  alleged acts were in the furtherance of legitimate business interest and, accordingly

5  PLAINTIFF'S claims are barred.

6  ### SIXTEENTH AFFIRMATIVE DEFENSE

7  These answering DEFENDANTS assert that its alleged policies and/or practices bear a

8  reasonable relation to commercial objectives appropriate to an enterprise allegedly serving the

9  public and, accordingly PLAINTIFF'S claims are barred.

10  ### SEVENTEENTH AFFIRMATIVE DEFENSE

11  These answering DEFENDANTS assert that it is not a business entity covered by the Unruh Act,

12  Americans with Disabilities Act, or the other statutes referenced by PLAINTIFFS in their

13  Complaint and, accordingly, PLAINTIFFS claims are barred as these answering DEFENDANTS.

14  ### EIGHTEENTH AFFIRMATIVE DEFENSE

15  PLAINTIFFS did not suffer damages attributable to the action or inaction of this answering

16  DEFENDANT during the period alleged in PLAINTIFFS Complaint.

17  ### NINETEENTH AFFIRMATIVE DEFENSE

18  These answering DEFENDANTS assert its alleged actions and/or inaction is based on its

19  exercise of constitutionally protected rights, under both the United States and California

20  Constitutions.  As a result, PLAINTIFFS are not entitled to the relief requested in the Complaint.

21  ### TWENTIETH AFFIRMATIVE DEFENSE

22  PLAINTIFF'S claims are preempted by other federal and/or state laws.

23  ### TWENTY FIRST AFFIRMATIVE DEFENSE

24  These answering DEFENDANTS assert that any alleged failure by DEFENDANT to alter, repair,

25  or modify the premises does not give rise to a claim for relief by PLAINTIFFS under the Unruh

26  Act, since the Unruh Act specifically exempts such conduct from the scope of the act.

27

28  ### ANSWER TO CIVIL COMPLAINT

1

## TWENTY SECOND AFFIRMATIVE DEFENSE

2    These answering DEFENDANTS had no duty to modify, alter, or repair already existing

3    structures.  Accordingly, PLAINTIFF'S claims as these DEFENDANTS are barred.

4

## TWENTY THIRD AFFIRMATIVE DEFENSE

5    These answering DEFENDANTS assert it had no duty to provide a higher degree of care for an

6    individual with an alleged disability than for an individual who is not disabled under the

7    circumstances.  Accordingly, PLAINTIFF'S claims as these answering DEFENDANTS are

8    barred.

9

## TWENTY FOURTH AFFIRMATIVE DEFENSE

10    These answering DEFENDANTS assert its alleged policies are facially neutral and are thus not

11    actionable by these PLAINTIFFS.

12

## TWENTY FIFTH AFFIRMATIVE DEFENSE

13    These answering DEFENDANTS assert that there have been no alterations, structural repairs, or

14    additions made since the time-frame proscribed by law, and/or any such alleged alterations,

15    structural repairs, or additions were made to areas unrelated to PLAINTIFFS claims.

16    Accordingly, PLAINTIFFS claims are barred.

17

## TWENTY SIXTH AFFIRMATIVE DEFENSE

18    DEFENDANTS assert that the changes and/or modifications of the premises to address the

19    allegations set forth in the Complaint are not required by the Americans with Disabilities Act, the

20    ADAAG or California Title 24 Building Code Requirements.

21

## TWENTY SEVENTH AFFIRMATIVE DEFENSE

22    DEFENDANT asserts that punitive and and/or exemplary damages are so punitive in purpose

23    and effect as to constitute a criminal penalty, entitling this DEFENDANT to the rights given to

24    DEFENDANTS in criminal proceedings under the United States and California Constitutions.

25    All procedures and application of California and Federal law in this action which deny these

26    answering DEFENDANTS such rights including, but not limited to, a burden of proof beyond a

27

28

## ANSWER TO CIVIL COMPLAINT

- 8 -

1  reasonable doubt, a unanimous jury and the right against self-incrimination, violate these

2  answering DEFENDANTS rights under such constitutional provisions.

3  **TWENTY EIGHTH AFFIRMATIVE DEFENSE**

4  These answering DEFENDANTS assert that punitive, treble, and/or exemplary damages violate

5  this answering DEFENDANTS due process rights and impose an undue burden on interstate

6  commerce, as such protection is provided under the United States and California Constitutions.

7  **TWENTY NINTH AFFIRMATIVE DEFENSE**

8  These answering DEFENDANTS presently have insufficient knowledge or information upon

9  which to form a belief as to whether as yet unknown, affirmative defenses exist.  Therefore

10  DEFENDANTS accordingly reserves the right to assert additional affirmative defenses in the

11  event discovery indicates it would be appropriate.

12

13  WHEREFORE, EUROPEAN CAR SERVICE and ZENON SMOCZYNSKI pray for judgment

14  as follows:

15  1)     That the Complaint against DEFENDANTS be dismissed with prejudice.

16  2)     That PLAINTIFFS take nothing by their Complaint, and that judgment be entered in

17         favor of DEFENDANTS;

18  3)     That PLAINTIFF be granted no relief in this action;

19  4)     That DEFENDANTS be awarded its costs of suit and attorney's fees incurred therein; and

20  5)     That DEFENDANTS be awarded such other and relief as the Court deems just and

21         proper.

22

23  Dated: February 4, 2008                           PREOVOLOS & ASSOCIATES

24                                                     By:

25                                                     Thanasi Preovolos
                                                       Attorney for Defendants
26

27

28  **ANSWER TO CIVIL COMPLAINT**

- 9 -