# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>　　　　　　　　　　　　Plaintiff,<br>vs.<br><br>EUROPEAN CAR SERVICE, et al.,<br><br>　　　　　　　　　　　　Defendant. | CASE NO. 07cv2394-LAB (WMc)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE |

On March 12, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing for Plaintiff were Amy Vandeveld, Esq. Appearing for Defendant were Lawrence Mudgett, Esq. Also appearing were the named plaintiff and defendant's representative.

Settlement could not be reached in the case at this time.

The Court discussed compliance with Fed. R. Civ. P. 26 and based thereon, issues the following orders:

1. The Rule 26(f) conference shall be completed before *April 9, 2008*;

2. A discovery plan shall be lodged with Magistrate Judge McCurine, Jr. on or before *April 21, 2008*. Regarding each witness, the discovery plan will include the name, most current address, most current phone number, and a brief description of the subject matter of his/her testimony. The discovery plan will also include the anticipated dates

1    for the completion of both non-expert discovery and expert discovery; and,

2    3.   The date of initial disclosure pursuant to Rule 26(a)(1)(A-D) shall occur before *April 24, 2008*;

4    4.   Counsel are ordered to participate in a **telephonic** Case Management Conference ***on April 30, 2008,*** at ***9:30 a.m.*** in the chambers of United States Magistrate Judge William McCurine, Jr., 940 Front Street, Courtroom C, San Diego, California, 92101, pursuant to Federal Rule of Civil Procedure 16(b). COUNSEL FOR PLAINTIFF IS ORDERED TO INITIATE THE CALL BY FIRST TELEPHONING OPPOSING COUNSEL AND THEN TELEPHONING THE COURT AT 619-557-6624

Failure of any counsel or party to comply with this Order will result in the imposition of sanctions.

IT IS SO ORDERED.

DATED: March 13, 2008

_____
Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court