**PROOF OF SERVICE**

    I, the undersigned, declare that:  I am over the age of 18 and not a party to the within action.  I am authorized to serve the following document(s) in the within action pursuant to F.R.Civ.P. 4(c) and that the documents were served on today's date as follows:

1. Case Name/USDC Number:
   **Spikes v. European Car Service, et al.
   USDC No.: 07 CV 2394 LAB (WMc)**

2. Document(s) served:
   **Plaintiff's Opposition to Motion to Dismiss and Motion for Summary Judgment; Declaration of Amy B. Vandeveld; Declaration of Karel Spikes; Declaration of R. Scott Meyer, M.D.**

3. Person(s) served/Place of service:
   **Athanasios K. Preovolos
   Lawrence Mudgett
   PREOVOLOS & ASSOCIATES, ALC
   401 B Street, Suite 1160
   San Diego, CA 92101-0520
   Email: thanasi@thelawcorp.com, lmudgett@thelawcorp.com**

   **Facsimile: (619) 238-5344
   Counsel for Defendants EUROPEAN CAR SERVICE and ZENON SMOCZYNSKI**

4. Manner of Service:

Electronic Service: I electronically filed the above documents with the Clerk of the United States District Court for the Southern District of California, using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the above-named parties and counsel of record who are registered with the Court's CM/ECF System.

    In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(ies), via electronic service through the CM/ECF System.

    I declare under penalty of perjury, under the laws of the State of California and the United States of America, that the foregoing is true and correct.

Executed On: April 1, 2008

By: /S Amy B. Vandeveld
    Attorney for Plaintiff
    email: abvusdc@hotmail.com