**MINUTES OF THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA**

<u>Case</u>: Spikes v. European Car Service          <u>Case No</u>: 07cv2394-LAB (WMc)

<u>HON. Larry A. Burns</u>          <u>CT. DEPUTY          </u>          <u>Rptr.          </u>

<u>Present</u>

<u>Plaintiff(s)</u>:       No appearance.

<u>Defendant(s)</u>:    No appearance.

     Currently on calendar for Monday, April 14, 2008 at 11:15 a.m. is a hearing on Defendants' motion to dismiss.  Pursuant to Civil Local Rule 7.1(d)(1), the Court finds this matter suitable for decision without oral argument.  Accordingly, the hearing on this motion is taken off calendar and this matter is taken under submission.  No appearances will be required in this matter on Monday, April 14, 2008.

DATED:  April 8, 2008                              INITIALS:  <u>MDM</u> Law Clerk