1  Lawrence Mudgett, SBN 252898
2  Preovolos & Associates, ALC
   401 B Street, Suite 1520
3  San Diego, CA 92101
   (619) 696-0520
4  (619) 238-5344 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing notice was this date served upon all counsel of record by placing a copy of the same in the United States Mail, postage prepaid, and sent to their last known address as follows:

Ms. Amy Vandeveld
Law Offices of Amy B. Vandeveld
1850 Fifth Avenue, Suite 22
San Diego, CA 92101

San Diego, CA this Twenty-Third day of April, 2008

Lawrence Mudgett III
Attorney for Defendant EUROPEAN CAR SERVICE and ZENON SMOCZYNSKI

1  Lawrence Mudgett SBN 252898
   PREOVOLOS & ASSOCIATES, ALC
2  401 B Street, Suite 1520
   San Diego, CA 92101
3  TEL: (619)696-0520
   FAX: (619)238-5344
4

5  Attorney for Defendants
   European Car Service and Zenon Smocyznski
6

7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

11 | KAREL SPIKES                                    ) Case No.: 07CV2394LABWMC
                                                    )
12 |        Plaintiff                                )
                                                    )
13 |    v.                                           ) **NOTICE OF APPEARANCE**
                                                    )
14 | EUROPEAN CAR SERVICE; ZENON                     )
   | SMOCZYNSKI; ANDREW                              )
15 | MACIEJEWSKI; and DOES 1 through 10,             )
   | inclusive,                                      )
16 |                                                 ) Date: April 23, 2008
   |        Defendants.                              ) Judge: The Honorable Larry A. Burns
17

18

19

20

21

22

23    Notice is hereby given of the entry of the undersigned as counsel for ZENON

24 SMOCZYNSKI and EUROPEAN CAR SERVICE in the above-entitled action. Pursuant to

25 Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other

26 material relevant to this action should be directed to and served upon:

27 \\\

28 \\\

| | | |
|---|---|---|
| 1 | Attorney Name: | Lawrence A. Mudgett III, Esq. |
| 2 | Attorney Address: | Preovolos & Associates, ALC |
| 3 | | 401 B Street, Suite 1520 |
| 4 | | San Diego, CA 92101 |
| 5 | Attorney Phone: | (619) 696-0520 |
| 6 | Attorney Fax: | (619) 238-5344 |
| 7 | Attorney Email: | LMudgett@thelawcorp.com |

Respectfully Submitted,

April 23, 2008

Lawrence A Mudgett III
Attorney for Defendants
EUROPEAN CAR SERVICE and
ZENON SMOCZYNSKI