# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREL SPIKES,<br><br>                Plaintiff,<br>  vs.<br>EUROPEAN CAR SERVICE, et al.,<br><br>                Defendant. | CASE NO. 07cv2394-LAB (WMc)<br><br>ORDER |

On July 22, 2008, the parties submitted a joint request to extend specific dates in the current scheduling order. [Docket No. 20.] After reviewing the request and conferring with District Judge Burns, the court issues the following Order:

1. All expert disclosures required by Fed.Civ.P. 26(a)(2) shall be served on all parties on or before **September 15, 2008**. All contradictory or rebuttal information shall be disclosed on or before **October 3, 2008**.

2. All discovery shall be completed by all parties on or before **October 20, 2008**.

3. All pretrial motions must be *filed* by **October 20, 2008**.

4. All other orders remain in full force and effect unless otherwise ordered by the court.

IT IS SO ORDERED.

DATED: August 19, 2008

*[signature]*

Hon. William McCurine, Jr.
U.S. Magistrate Judge
United States District Court