1
2
3
4
5
6
7
8               **UNITED STATES DISTRICT COURT**
9               **SOUTHERN DISTRICT OF CALIFORNIA**
10

11   KAREL SPIKES,                              CASE NO. 07cv2394-LAB (WMc)

12                              Plaintiff,      ORDER
             vs.
13   EUROPEAN CAR SERVICE,

14                              Defendant.

15

16       Due to a conflict in the Court's calendar, the mandatory settlement conference currently

17   scheduled for October 8, 2008, at 9:30 a.m. will be <u>vacated and rescheduled to **October 16, 2008, at**

18   **2:00 p.m.**  Any settlement conference briefs will be due on or before October 10, 2008.  All other

19   orders of the Court remain in full force and effect unless otherwise ordered by the Court.

20       IT IS SO ORDERED.

21   DATED:  September 8, 2008

22                              _____

23                              Hon. William McCurine, Jr.
                                U.S. Magistrate Judge
24                              United States District Court

25

26

27

28

                                 - 1 -                          07cv2394-LAB (WMc)